UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
JUL 23 2014


******************************************************

| | | |
|---|---|---|
| LARRY DEAN COCHRUN, | * | CIV 14-4004 |
| | * | |
| Petitioner, | * | |
| | * | |
| vs. | * | JUDGMENT |
| | * | |
| BOB DOOLEY, Warden; and | * | |
| ATTORNEY GENERAL FOR THE | * | |
| STATE OF SOUTH DAKOTA, | * | |
| | * | |
| Respondents. | * | |

******************************************************

The Court having entered its Order dismissing Petitioner's Petition, it is hereby ORDERED, ADJUDGED and DECREED that Petitioner's application for writ of habeas corpus is dismissed, with prejudice, for the reasons stated in the Court's Order.

Dated this 23rd day of July, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
           DEPUTY